## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 166 WAL 2015

                 Respondent    :

                             :    Petition for Allowance of Appeal from

               v.              :    the Order of the Superior Court

SHARON FLANAGAN,    :

                 Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.